UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES HOLLOWAY,

        Defendant.
_____/

CRIMINAL NO. 24-30456

HON. ANTHONY P. PATTI

## ORDER COMMITTING DEFENDANT JAMES HOLLOWAY TO UNITED STATES BUREAU OF PRISONS FOR MENTAL EXAMINATION AND REPORT

As stated on the record at the detention hearing which commenced on October 28, 2024, the Court has reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and circumstances of the proceedings against him or to represent himself or assist counsel in his defense. Accordingly, pursuant to 18 U.S.C. 4241(a):

IT IS ORDERED that the defendant, James Holloway, be committed to an appropriate facility designated by the United States Bureau of Prisons for a period not to exceed thirty (30) days from the date of his arrival, pursuant to 18 U.S.C. §

4241(b), in order to determine whether the defendant currently is suffering from a mental disease or defect rendering him mentally incompetent to stand trial pursuant to 18 U.S.C. § 4241, and if competent, his competency to represent himself and his competence to assist his counsel in his defense.

A report shall be prepared pursuant to 18 U.S.C. § 4247(c) and shall be sent to the Honorable Anthony P. Patti, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd, Detroit, MI 48226. The Court will then provide copies to defendant as well as counsel for the defendant and counsel for the government, pursuant to this provision. Further, as part of this Order, the United States Marshal and the Bureau of Prisons are directed to conduct the transportation and the evaluation of the defendant in an appropriate and expeditious manner.

Pursuant to the Speedy Trial Act provisions of 18 U.S.C. § 3161(h)(1)(A), the time required for trial of the defendant shall be tolled from the date of this order until the results of said psychological examination are received by the Court, such period being delay contemplated by 18 U.S.C. § 3161(h)(1)(A).

IT IS FURTHER ORDERED that the Clerk deliver a certified copy of this Commitment Order to the United States Marshal and the local representative of the Bureau of Prisons.

IT IS FURTHER ORDERED that the detention hearing begun on October 28, 2024 shall be continued until such time as either competency has been found, or if not found, restored.

Dated:  October 28, 2024October 29, 2024              _____
                                    ANTHONY P. PATTI
                                    UNITED STATES MAGISTRATE JUDGE