Eastern District Court of Michigan
Southern Division

# Motion for Recusal

Of

Athoney P. Patti, Denis Hood

from case 24-30456
United States v James Holloway

I swear under the penalty of perjury under the laws of the United States these statements are true

28 USC 255, 28 USC 144   Signed: [signature]   Date 10/24/25

Pg. 1

That recusal of such magistrates/judges/judicial officers are required by law upon the actions that have been done in 24-30456 and were sua sponte required before ever damaging the case and defendant.

Such was already challenge on 10/28/2024 erroneous detention hearing past 72 hours of 10/24/2024 false arrest/kidnapping in the depriving of rights in 18 USC 242 in 18 USC 2331(4)(B)(5)(I)(II) in ongoing rebellion 18 USC 2383 in overt acts for 18 USC 2381 Treason of such that is already overthrown from within.

As the existing jurisdiction is not being exercised properly and constituted authority is being destroyed and in that of prosecuting by force against unalienable certain rights in what can't be claims 56 Am J1st war 12 and is the definers of enemy 56 Am J1st war 62 in such current state of activity that is beyond De facto 43 Am J1st Pub of 471; not a good officer in a point of law, (2) Failed to conform to legal precedent, (3) failure to give bail (4) unconstitutional actions/law/rulings. De facto Judge 30A Am Jrev ed Judges 874. De facto government 30 Am Jrev ed in tumult 12; As is in mass throughout all departments and branches that prosecution is upon on failed check and balances and growing conformity to that, that is a embodiment of enemy from within. And aiding and comforting such in overt acts in such omitting of professional bound by duties in mens rea standards and beyond reckless and some worse in damages →

10/24/25 Pg. 2

that are extremely criminal and amassed to the war on terror of the federal criminal code and domestically is the worst nature of all crimes.

Attorney P. Putti... you have in fact made "erroneous orders and procedural decisions" that are beyond a "egregious deviation" from the Constitution and is in fact done in such bias and prejudice upon such prosecution that is here for such of "Alleged" civil rights complaints/ reports in retaliations in overt acts and in any Interference/ failure to comply and as well upon Judge Gutti' sex discrimination and is a Joinder of parties to such and that of davis hand of such "Alleged" entity touch with each other in these actions that are beyond malicious here and selective and vindictive in overt acts.

Beyond Extra Judicial Conduct - Disagreement in such ruling and "Procedural decisions" 28 USCS 332(D)(1)

In such this court has lost it's Jurisdiction to hear this case as it never had one to begin with due to the current state of activity, that is of war upon the people and the united states levied through the deprivity of rights and overthrow of the government from within; That is the destruction to These ends.

Failure to comply with federal court Rule 12, of a Jurisdictional Rule and your "Procedural decisions" proves that, that was already proven of such overthrow from within In such existing Jurisdiction not being properly exercised and destroying Constituted authority and with coercions, Intimidations, Military offenses, war crimes etc... etc... Selective and vindictive Prosecution in such Prosecutory against unalienable certain rights or what can't be claims and various Prosecution in such. beyond malicious Prosecution in such. Failure to comply with Rule 403 misconstru of evidence, not relevant evidence. No Objective true threat, Elonis v United States failure to conform to legal precedent and of the erroneous order of →

18 USC 4241(a)-(d); Such of 18 USC 4241 has legal precedents under such which prohibit the erroneous ordering of such. Failure to conform to legal precedent, De facto...

No empirical scientific evidence and not in adherence with the processes of science and is against the laws of nature and on the contrary to the Constitution.

Article 6, Sec 2. leges legum.

You as well forced this courts appointment upon me that prejudices the defense and defendant and does misrepresentation and refuses to defend me properly as bound by the bar and constitutional adherence. While such of a coercion/intimidation is upon me not to have a legal defense and to be drugged/doped for the having of the exact legal defense to have. And while such of my 5th is deprived from me in that of my 1st in these retaliations upon "Alleged" complaints/reports and such... if you call that a defense counsel has not given me any court information in a entire year... no discovery no inditement information, as I don't ever know if I am indited because of such counsel and the courts irresponsible when written and informed etc... Also refused to motion for recusal again and to defend me on 6/4/2024 and coerced the adjournment... As well as the clerk of the 6th circuit.

Counsel's performance was deficient with serious errors and was not functioning as counsel guaranteed by the 6th and the deficient performance prejudice the defense and is depriving of a fair trial. Breakdown in adversary process that renders the results unreliable. Beyond ineffective assistance of council... Depriving of the 6th as you have forced such upon me in your knowledge and refused to change or allow me to defend myself, and deprived me of my liberty without proper due process of law and continue to of my 5th, as well upon my 2nd and Rule 5.1 of Constitutional challenge to Statute and of a erroneous conviction 18 USC 925(a)   in such erroneous information, and 18 USC 931(b)

10/31/25
Pg. 4

You have retaliated upon "Alleged" owning of my equal opportunity in business and of owning products/ merchandise in such and of true "Alleged" video productions in such and Art.

You have deprived me of many fundamental rights, unalienable coronal rights, and in facilities that have of human rights, DOC rights, and just about everything that is right. Including majority of natural law, rights and liberty.

Defense rights

And the conduct that shall occur from such apprehension or in such apprehension.

Here is the conduct that has occured from apprehension. This is of these facilities that are overthrown and are enemy to the people and United States and is a major part of intermediate scrutiny of Chap. 44 and any other pretended authority of legislature of felons in possession of constitutional rights; One of which I'm not ever lawfully a "felon". And that of stating what other federal judges have already dismissed as a notwithstanding law and adding more science to such of Rule 5.1 is not to be retaliated upon.

De facto (4), as well as of "ccw" ~~carry~~ of which the entire 6th circuit has removed from law and appealed to states constitutions as self defense rights via the United States Constitution as it is intringent and prove so.

And that science is required to be adhered to or is de facto in such.

As such is upon the matter you are in regardless of a "state" of pol. belief that is on the contrary to the constitution and above such ~~content~~ against the laws of nature; such is required to be treated as notwithstanding.

P.S. No firearm ever admitted to court record and the victim falsely made defendant in kidnapping and tortured. Recuse Yourself. Judicial misconduct filed again. 28 USC 351, 352, 353, 355, 356 etc.

James Holloway
NAME
42991-511
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
OCT 31 2025
CLERK'S OFFICE
DETROIT

METROPLEX MI 480
27 OCT 2025 PM 4 L

Office of the Clerk
for Anthony P. Patti
Eastern District Federal Court (Southern Division)
231 West Lafayette boulevard
Detroit, MI
48226

10/27/25