No. 25-2180

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Apr 10, 2026
KELLY L. STEPHENS, Clerk

In re:  JAMES NELSON HOLLOWAY,

     Petitioner.

Before:  BOGGS, STRANCH, and DAVIS, Circuit Judges.

# JUDGMENT

On Petition for a Writ of Mandamus.
United States District Court for the Eastern District of Michigan at Detroit.

     THIS MATTER was heard on the record and the pleadings without oral argument.  In accordance with the order entered on this date and incorporated herein,

     IT IS HEREBY ORDERED that the petition for a writ of mandamus is DENIED, that all remaining motions are DENIED as moot, and that this matter is DISMISSED.

                   ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk