United States District Court
Eastern District of Michigan
Southern Division

United States of America,

No. 2:24-mj-30456

Hon. Anthony P. Patti

v.

James Nelson Holloway,

Defendant.
_______________________________/

**STIPULATION to File and Seal Forensic Reports**

THE UNITED STATES OF AMERICA and James Nelson Holloway hereby agree and stipulate that the forensic psychological reports of Kristen M. McDaniel, Psy.D., dated March 11, 2025, and May 28, 2026, be filed and sealed because they contain confidential medical information about the defendant. *See* 18 U.S.C. §§ 4241(b) and 4247(c).

JEROME F. GORGON, JR.
United States Attorney

/s/ Louis F. Meizlish
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, Mich.,48226
Louis.Meizlish@usdoj.gov
313-226-9745

/s/ Mark H. Magidson
Attorney for Defendant

1 Park Ave., Apt. 1207
Detroit, Mich., 48226
313-963-4311
mmag100@aol.com

Dated: June 17, 2026

United States District Court
Eastern District of Michigan
Southern Division

United States of America,

No. 2:24-mj-30456

Hon. Anthony P. Patti

v.

James Nelson Holloway,

Defendant.
______________________________/

**Order to File and Seal**

Upon the Stipulation of the parties;

**IT IS ORDERED** that the forensic psychological reports of Kristen M. McDaniel, Psy.D., dated March 11, 2025, and May 28, 2026, be filed under seal to avoid disclosing confidential medical information about the defendant.

______________________
HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Entered: June 17, 2026