UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITIED STATES OF AMERICA,

       Plaintiff,

v.

JAMES NELSON HOLLOWAY,

       Defendant.

_____/

Case No. 2:24-mj-30456

Magistrate Judge Anthony P. Patti

## ORDER STRIKING DEFENDANTS' MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (ECF NO. 101)

Defendant has filed, *in pro per* and despite the fact that he is represented by counsel, a Motion for Leave to Proceed *in Forma Pauperis*. (ECF No. 101.)  The motion is largely incomprehensible, but, in any case, it is **HEREBY STRICKEN** for the reasons previously stated in numerous prior orders of this Court, including ECF Nos. 20 & 87, as well as its Text-Only Order of October 6, 2025.  It is **SO ORDERED**.

Dated:  July 24, 2026

                    _____
                    Anthony P. Patti
                    UNITED STATES MAGISTRATE JUDGE

1